# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00268-CMA-NYW

UNITED STATES OF AMERICA, *ex rel.*,
JOHN SIMPSON,

      Plaintiff,

v.

LEPRINO FOODS DAIRY PRODUCTS COMPANY,

      Defendant.

---

## ORDER REGARDING SERVICE AND SETTING RULE 16(b) SCHEDULING CONFERENCE

Magistrate Judge Nina Y. Wang

      This matter has been assigned to the undersigned Magistrate Judge for pretrial management pursuant to 28 U.S.C. § 636(b), Fed. R. Civ. P. 72, and the Order of Reference dated April 17, 2017. [#15].

      IT IS ORDERED that Plaintiff John Simpson shall effect service on Defendant on or before **June 1, 2017**.

      IT IS FURTHER ORDERED that a Scheduling Conference is set for **August 3, 2017 at 9:30 a.m.**, in Courtroom C-204, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

      A copy of the instructions for the preparation of a scheduling order and a form of scheduling order can be downloaded from the court's website at www.cod.uscourts.gov. The parties or their counsel shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.6.0, including a copy of the proposed scheduling order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, on or before **seven days prior** to the Scheduling Conference.

IT IS FURTHER ORDERED that counsel/pro se parties in this case shall hold a pre-scheduling conference meeting and prepare a proposed Scheduling Order in accordance with Fed. R. Civ. P. 26(f) and D.C.COLO.LCivR 16.1 and 26.1(a) on or before **twenty-one days prior** to the Scheduling Conference. Pursuant to Fed. R. Civ. P. 26(d) no discovery shall be sought until after the pre-scheduling conference meeting.

IT IS FURTHER ORDERED the parties shall comply with the mandatory disclosure requirements of Fed. R. Civ. P. 26(a)(1) on or before **fourteen days** after the pre-scheduling conference meeting.

DATED: May 2, 2017           BY THE COURT:


                             s/Nina Y. Wang_____
                             United States Magistrate Judge