IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-0268-CMA-NYW

UNITED STATES OF AMERICA, ex rel.,
JOHN SIMPSON,

    Plaintiff,

v.

LEPRINO FOODS DAIRY PRODUCTS COMPANY,

    Defendant.

## ENTRY OF APPEARANCE OF SEAN CONNELLY

To the Clerk of Court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court and I enter my appearance on behalf of Relator John Simpson, in the above-captioned matter.

    Respectfully submitted,

    */s/ Sean Connelly*
    Sean Connelly
    Zonies Law LLC
    1900 Wazee Street, Suite 203
    Denver, CO 80202
    (303) 302-7849
    sconnelly@zonieslaw.com

    *Attorney for Relator John Simpson*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the forgoing Entry of Appearance was filed and served on this 10th day of August, 2017, using the CM/ECF system, which will serve as notification of such filings on counsel for all parties.

                                               *s/ Sean Connelly*
                                               Sean Connelly